HD

'cv'd by: ________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

USDC- GREENBELT
'25 JUL 9 PM3:48

Ebony Goode,
Plaintiff,

v.

Montgomery County, Maryland,
Defendant.

Civil Action Number: AAQ 25CV2210

**VERIFIED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

**INTRODUCTION**

1. This is a civil rights action brought by Plaintiff Ebony Goode, a mother and disabled individual, seeking immediate relief from unconstitutional mandates imposed by Defendant Montgomery County, Maryland. The County, through its Child Protective Services and related agencies, has unlawfully coerced Plaintiff into mandatory residency in county shelter housing, enforced intrusive supervision over her and her minor children, and conditioned essential services on participation in government dependency programs such as Section 8 housing vouchers.

2. Plaintiff challenges these actions as violations of her fundamental rights guaranteed by the Due Process and Equal Protection Clauses of the Fourteenth Amendment. This suit seeks declaratory and injunctive relief to restore Plaintiff's constitutional autonomy, protect family integrity, and prevent ongoing irreparable harm.

**PARTIES**

3. Plaintiff Ebony Goode is a resident of Montgomery County, Maryland, and the mother of minor children Jaeceon Goode (DOB 01/17/2013) and Kamryn Goode (DOB 09/22/2016).

4. Defendant Montgomery County, Maryland is a political subdivision of the State of Maryland responsible for the administration of child welfare and housing programs within its jurisdiction.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the claims arise under the Constitution of the United States, including violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant Montgomery County is located within this District, and the events giving rise to this action occurred in Montgomery County, Maryland.

## FACTUAL BACKGROUND

7. On July 7, 2025, the Montgomery County Circuit Court issued an Emergency Shelter Care adjudication order, placing Plaintiff's children with her under strict shelter-based supervision.

8. The order mandates Plaintiff reside in a Montgomery County Coalition shelter and comply with all related rules, recommendations, and oversight by social services.

9. The order restricts Plaintiff's ability to secure independent housing, forces shelter residency, and requires allowing the Department access to the children during visits.

10. It prohibits the children from leaving the shelter unsupervised.

11. Plaintiff actively opposes the coercive use of Section 8 or emergency housing vouchers tethered to CPS involvement, which undermine her parental rights and sovereign ability to provide for her family.

12. Despite repeated attempts to obtain independent housing and legal remedies, Plaintiff faces continued pressure and unlawful denial of alternatives, constituting an ongoing pattern of constitutional violations.

13. These imposed conditions and surveillance violate Plaintiff's fundamental parental rights and protections guaranteed by the Due Process and Equal Protection Clauses of the Fourteenth Amendment.

14. Defendant Montgomery County, acting through its agencies and representatives, has engaged in unlawful practices designed to coerce dependency, restrict family autonomy, and punish Plaintiff's refusal to participate in government dependency programs.

15. Attached as **Exhibit A** is a true and correct copy of the Emergency Shelter Hearing Order dated July 7, 2025, which mandates Plaintiff's residency in a county shelter, restricts her children's freedom, and imposes intrusive oversight. This order is central to the constitutional violations alleged herein.

## CLAIMS FOR RELIEF

### Count One: Violation of Due Process Rights

16. The shelter residency mandate and related restrictions imposed by Defendant violate Plaintiff's right to due process under the Fourteenth Amendment by depriving her of fundamental liberty interests without adequate procedural protections.

### Count Two: Violation of Equal Protection Rights

17. Defendant's policies and actions unlawfully discriminate against Plaintiff by coercing dependency and imposing conditions not uniformly applied, violating the Equal Protection Clause.

### Count Three: Violation of Fundamental Parental Rights

18. The forced shelter residency, monitoring, and coercive housing programs infringe upon Plaintiff's constitutionally protected rights as a parent to direct the upbringing and housing of her children.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Declare that the shelter residency mandate and related conditions imposed by Defendant violate Plaintiff's constitutional rights;

b. Issue a Temporary Restraining Order and Preliminary Injunction enjoining Defendant from enforcing these unconstitutional mandates;

c. Award compensatory and punitive damages as permitted by law;

d. Award attorney's fees and costs;

e. Grant any other relief the Court deems just and proper.

## VERIFICATION

I, Ebony Goode, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 9, 2025.

Ebony Goode,

Plaintiff, Pro Se

Ebony Goode
612 Chimborazo Blvd
Richmond, VA 23223

(Temp. Mailing address, currently in shelter in Montgomery County, MD)